MAY 21, 1984

No. 83–592.   OSTROSKY ET AL. v. ALASKA.   Appeal from Sup. Ct. Alaska dismissed for want of substantial federal question. JUSTICE BLACKMUN and JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.

No. 83–1356.   REIMER v. CALIFORNIA; and
No. 83–6156.   ENRIGHT v. CALIFORNIA.   Appeals from Ct. App. Cal., 2d App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeals were taken as petitions for writs of certiorari, certiorari denied.

No. 83–6494.   RETTIG v. KENT CITY SCHOOL DISTRICT ET AL. Appeal from C. A. 6th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 82–508.   UNITED STATES v. DUNN.   C. A. 5th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of Oliver v. United States, 466 U. S. 170 (1984).